# EXHIBIT A

US005789411A

# United States Patent [19]
## Gooberman et al.

[11] Patent Number: 5,789,411
[45] Date of Patent: Aug. 4, 1998

[54] **IMPROVEMENTS TO RAPID OPIOID DETOXIFICATION**

[75] Inventors: **Lance L. Gooberman**, Haddonfield, N.J.; **Colin Brewer**, London, United Kingdom

[73] Assignee: **Lance L. Gooberman P. C.**, Centerville, N.J.

[21] Appl. No.: **660,528**

[22] Filed: **Jun. 17, 1996**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 526,429, Sep. 11, 1995.

[51] Int. Cl.⁶ .......................... A61K 31/44; A61K 31/495
[52] U.S. Cl. .......................... 514/255; 514/282; 514/812
[58] Field of Search .......................... 514/255, 282, 514/812

[56] **References Cited**

### U.S. PATENT DOCUMENTS

5,272,149  12/1993  Stalling .......................... 514/255

### OTHER PUBLICATIONS

Alim, T.N. et al., "Tolerability Study of a Depot Study Form of Naltrexone Substance Abusers", *Problems of Drug Dependence, 1994: Proceedings of the 56th Annual Scientific Meeting, The College on Problems of Drug Dependence, Inc.*, vol. II: Abstracts, NIDA Research Monograph 153, p. 253, U.S. Department of Health and Human Services, National Institute on Drug Abuse, Rockville, MD, 1995.

Chiang, C.N. et al., "Kinetics of a Naltrexone Sustained–Release Preparation", *Clin. Pharmacol. Ther.*, vol. 36, No. 5, pp. 704–708, Nov. 1984.

Wall, Monroe E. et al., "Metabolism and Disposition of Naltrexone in Man After Oral and Intravenous Administration", *Metabolism and Disposition*, vol. 9, No. 4, pp. 369–375, 1981.

Renault, Pierre F., "Treatment of Heroin–Dependent Persons With Antagonists: Current Status", *Naltrexone: Research Monograph 28*, pp. 11–22, National Institute on Drug Abuse, 1980.

Wall, Monroe E. et al., "Naltrexone Disposition in Man After Subcutaneous Administration", *Metabolism and Disposition*, vol. 12, No. 6, pp. 677, 679, & 682, 1984.

Reuning, R.H. et al., "Pharmacokinetic Quantitation of Naltrexone Controlled Release From a Copolymer Delivery System", *Journal of Pharmacokinetics and Biopharmaceutics*, vol. 11, No. 4, pp. 369–387, Plenum Publishing Corporation, 1983.

Sharon, A. Carl et al., "Development of Drug Delivery Systems for Use in Treatment of Narcotic Addiction", *Naltrexone: Research Monograph 28*, pp. 194–213, National Institute On Drug Abuse, 1980.

Misra, Anand L., "Current Status of Preclinical Research on Disposition, Pharmacokinetics, and Metabolism of Naltrexone", *Naltrexone: Research Monograph 28*, pp. 132–146, National Institute on Drug Abuse, 1980.

Harrigan, Stephen E., "Pharmacological Evaluation of Narcotic Antagonist Delivery Systems in Rhesus Monkeys", *Naltrexone: Research Monograph 28*, pp. 77–92, National Institute on Drug Abuse, 1980.

Affidavit of Juan Jose Legarda, 1995.

Affidavit of Norbert Loimer, 1995.

Forrester–Sigma, Patrick et al., "A New Assault On Addiction", *Newsweek*, Jan. 30, 1995.

Loimer, Norbert et al., "Combined Naloxone/Methadone Preparations for Opiate Substitution Therapy", *Journal of Substance Abuse Treatment*, vol. 8, pp. 157–160, 1991.

Loimer, Norbert et al., "Similar Efficacy of Abrupt and Gradual Opiate Detoxification", *American Journal of Drug and Alcohol Abuse*, 17(3), pp. 307–312, 1991.

Bastin, Richard, "New drug cure gives addicts painless cold turkey", Reuters, Limited, 1994.

Abstract of O'Connor, PG et al., "Ambulatory opiate detoxification and primary care", *J. Gen. Intern. Med.*, 7(5) : 532–4, Sep.–Oct. 1992.

Abstract of Senft, RA, "Experience with clonidine–naltrexone for rapid opiate detoxification", *J. Subst. Abuse Treat.*, 8(4); 257–9, 1991.

Abstract of Fraser, AD, "Clinical toxicology of drugs used in the treatment of opiate dependency", *Clin. Lab. Med.*, 10(2):375–86, Jun. 1990.

Nutt, David J., "Pharmacological Mechanism of Benzodiazepine Withdrawal", The Reckitt and Colman Psycopharmacology Unit, The Medical School, Bristol, England, undated.

Article entitled "Is RO 15–4513 A Specific Alcohol Antagonist", undated.

Jordan, C. et al., Respiratory Depression Following Diazepam: (Reversal with High–Dose Naloxone), *The American Society of Anesthesiologists, Inc.*, 53:293–298, 1980.

Loimer, Norbert et al., "Technique for Greatly Shortening The Transition From Methadone To Naltrexone Maintenance of Patients Addicted to Opiates", *American Journal of Psychiatry*, Clinical and Research Reports 148-7, pp. 993–935, Jul. 1991.

Loimer, N. et al., "Continuous Naloxone Administration Suppresses Opiate Withdrawal Symptoms in Human Opiate Addicts During Detoxification Treatment", *Journal of Psychiatry*, Res. vol. 23, No. 1, pp. 81–86, 1989.

Eisenberg, Richard, "Effects of Chronic Treatment with Diazepam, Phenobarbital, Or Amphetamine on Naloxone–Precipitated Morphine Withdrawal", *Drug and Alcohol Dependence*, 15, pp. 375–381, 1985.

(List continued on next page.)

*Primary Examiner*—James H. Reamer
*Attorney, Agent, or Firm*—Duane, Morris & Heckscher LLP

[57] **ABSTRACT**

Rapid opioid detoxification procedures are provided which include sedating a patient with an anesthetic agent having a short full recovery period. The patient is administered an opioid antagonist while sedated and can be revived to an ambulatory condition within eight hours of initiating therapy. The described methods for detoxification also include administering a diarrhea suppressant, such as octreotide acetate, to limit this unfortunate side effect of the detoxification.

**29 Claims, No Drawings**

5,789,411
Page 2

OTHER PUBLICATIONS

Presslich, Otto et al., "Opiate Detoxification Under General Anesthesia By Large Doses of Naloxone", *Clinical Toxicology*, 27(4&5), pp. 263–270, 1989.
Abstract of U.S. Patent No. 5,173,287 to Smith.
Abstract of U.S. Patent No. 5,075,341 to Mendelson et al.
Abstract of U.S. Patent No. 5,069,909 to Roos et al.
Abstract of U.S. Patent No. 5,389,670 to Fontana.
Abstract of U.S. Patent No. 5,370,681 to Herweck.
Abstract of U.S. Patent No. 5,316,938 to Keen et al.
Abstract of U.S. Patent No. 5,288,488 to Backman et al.
Abstract of U.S. Patent No. 5,286,718 to Elliott.
Abstract of U.S Patent No. 5,268,463 to Jefferson.
Abstract of U.S. Patent No. 5,243,094 to Borg.
Abstract of U.S. Patent No. 5,223,605 to Fanslow et al.
Abstract of U.S. Patent No. 5,212,072 to Blalock et al.
Abstract of U.S. Patent No. 5,189,064 to Blum et al.
Abstract of U.S. Patent No. 5,173,486 to Monkovic et al.
Abstract of U.S. Patent No. 5,137,712 to Kask et al.
Abstract of U.S. Patent No. 5,128,145 to Edgren et al.
Abstract of U.S. Patent No. 5,120,543 to Hagin et al.
Abstract of U.S. Patent No. 5,110,364 to Mazur et al.
Abstract of U.S. Patent No. 5,108,927 to Dorn.
Abstract of U.S. Patent No. 5,091,180 to Walker et al.
Abstract of U.S. Patent No. 5,084,377 to Rowan.
Abstract of U.S. Patent No. 5,077,195 to Blalock et al.
Abstract of U.S. Patent No. 5,070,014 to Dorn.
Abstract of U.S. Patent No. 5,057,321 to Edgren et al.
Abstract of U.S. Patent No. 5,043,163 to Pap et al.
Abstract of U.S. Patent No. 5,034,416 to Smith.
Abstract of U.S. Patent No. 5,026,728 to Kendall et al.
Abstract of U.S. Patent No. 5,021,236 to Gries et al.
Abstract of U.S. Patent No. 5,013,539 to Morris et al.
Abstract of U.S. Patent No. 4,997,454 to Violante et al.
Abstract of U.S. Patent No. 4,952,376 to Peterson.
Abstract of U.S. Patent No. 4,935,428 to Lewis.
Abstract of U.S. Patent No. 4,920,044 to Bretan, Jr.
Abstract of U.S. Patent No. 4,897,246 to Peterson.
Jeffrey, Glenn, "Rapid Opioid Detox with Naltrexone: Its Evolution, Its Neurophysiology and Further Pharmocologic Considerations", pp. 1–51, Cornell University Medical Center, undated.
Legarda, Juan Jose, "A Twenty-four Inpatient Detoxification Treatment for Heroin Addicts: A Preliminary Investigation", *Drug and Alcohol Dependence*, 35, pp. 91–93, 1994.
Letter from Eva Clifton to Lance Gooberman dated May 13, 1995.
Trade Literature from Krakauers Ltd. dated May 14, 1995.