IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Addiction & Detoxification, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-cv-8029 |
| | ) | Judge Edmond E. Chang |
| Dr. Marvin "Rick" Sponaugle, | ) | Magistrate Judge Geraldine Soat |
| d/b/a Florida Detox & Wellness Institute, | ) | Brown |
| | ) | |
| Defendant. | | |

**AGREED MOTION TO MODIFY SCHEDULE PENDING
COMPLETION OF SETTLEMENT DISCUSSIONS**

Defendant hereby moves this Court to modify the schedule to suspend dates pending resolution of efforts to settle this matter, as explained below.

1. The parties have been negotiating settlement and have reached substantial agreement on most terms. They are currently working to reach agreement on a few remaining terms, but are optimistic they will be able to do so.

2. Under the current schedule, the parties would have to brief claim construction at this point.

3. A suspension of the schedule pending resolution of settlement efforts will save the parties and Court unnecessary effort and expense for a case that is likely to be settled shortly. Both the plaintiff and defendant agree to this motion.

WHEREFORE, the defendant requests that the Court modify the schedule to suspend all pending dates to allow the parties to complete settlement negotiations.

Dated November 7, 2012

Respectfully submitted,

By: /s/ Todd H. Flaming

Attorney for the defendant

Todd H. Flaming
**KrausFlaming LLC**
20 South Clark Street
Suite 2620
Chicago, Illinois 60603
312.447.7217 (tel)
312.236.9201 (fax)
Todd@KrausFlaming.com

# CERTIFICATE OF SERVICE

I, Todd Flaming, an attorney, certify that I caused a copy of the attached Motion, to be served via the Court's CM/ECF system on all counsel of record this 7th day of November, 2012.

/s/ Todd H. Flaming

Todd H. Flaming